UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **04-20659 CR-HUCK**

18 U.S.C. § 1015(a)
18 U.S.C. § 1425(a)        MAGISTRATE JUDGE
                          TURNOFF

UNITED STATES OF AMERICA

vs.

KAMALUDEEN SHELIFF,
a/k/a "Malik Jamal Adam,"

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about December 21, 2001, in Miami-Dade County, in the Southern District of Florida

and elsewhere, the defendant,

**KAMALUDEEN SHELIFF,
a/k/a "Malik Jamal Adam,"**

did knowingly make a false statement under oath in a case, proceeding and matter relating to the

naturalization of aliens, in that the defendant stated in an Application for Naturalization (INS Form

N-400) that he had never been ordered deported when in truth and in fact as the defendant then and

there well knew, he had been ordered deported on July 26, 1994; in violation of Title 18, United

States Code, Section 1015(a).

## COUNT 2

On or about December 21, 2001, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**KAMALUDEEN SHELIFF,
a/k/a "Malik Jamal Adam,"**

did knowingly and contrary to law attempt to procure the naturalization of any person, in that the defendant made a false statement in his Application for Naturalization (INS Form N-400); in violation of Title 18, United States Code, Section 1425(a).

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
DAVID A. HAIMES
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20659 CR-HUCK

UNITED STATES OF AMERICA

vs.

**KAMALUDEEN SHELIFF,**
a/k/a "Malik Jamal Adam,"
_____ Defendant. _____/

**CERTIFICATE OF TRIAL ATTORNEY**

MAGISTRATE JUDGE
TURNOFF

**Superseding Case Information:**

| | | |
|---|---|---|
| New Defendant(s) | Yes ____ | No ____ |
| Number of New Defendants | ____ | |
| Total number of counts | ____ | |

**Court Division:** (Select One)

x__ Miami   ____ Key West
____ FTL   ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  No_____
   List language and/or dialect _____

4. This case will take _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _x_ | Petty | ____ | |
| II | 6 to 10 days | ____ | Minor | ____ | |
| III | 11 to 20 days | ____ | Misdem. | ____ | |
| IV | 21 to 60 days | ____ | Felony | _x_ | |
| V | 61 days and over | ____ | | | |

6. Has this case been previously filed in this District Court?  (Yes or No)  No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No) _Yes_____
   If yes:
   Magistrate Case No.  04-3088-WHITE_____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  08/24/04_____
   Defendant(s) in state custody as of  _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) ___No_____

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes _x_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___Yes _x_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes  No _x_

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ? ____ Yes _x_ No

_____
DAVID A. HAIMES
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.  0990116

Penalty Sheet(s) attached

REV.1/14/04

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: KAMALUDEEN SHELIFF**

**Case No:**

Count #: 1

  False Statement under oath

  Title 18, United States Code, Section 1015(a)

**\*Max. Penalty:**     Five (5) years' imprisonment

============================================================

Count #: 2

  Illegal attempt to procure naturalization

  Title 18, United States Code, Section 1425(a)

**\*Max. Penalty:**     Ten (10) years' imprisonment

============================================================

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**